1  BLAKE J. RUSSUM (SBN 258031)
   KRISTINA A. FRETWELL (SBN 297624)
2  ROPERS MAJESKI PC
   445 S. Figueroa St., #3000
3  Los Angeles, CA 90071
   Telephone: 213.312.2000
4  Facsimile: 213.312.2001
   Email:    blake.russum@ropers.com
5            kristina.fretwell@ropers.com

6  Attorneys for Defendant SAFECO
   INSURANCE COMPANY OF AMERICA
7

8                    UNITED STATES DISTRICT COURT
9                    CENTRAL DISTRICT OF CALIFORNIA
10

11 | ILYA ORLOV and LINA ORLOV, | Case No. 2:21-cv-09848-SVW-JC |
12 | Plaintiff, | **SAFECO INSURANCE COMPANY OF AMERICA'S REQUEST FOR ZOOM APPEARANCE AT INITIAL STATUS CONFERENCE** |
13 | v. | |
14 | SAFECO GENERAL INSURANCE COMPANY OF AMERICA and DOES 1 through 10, inclusive, | |
15 | | |
16 | Defendant. | Date:  January 10, 2022<br>Time:  3:00 p.m.<br>Dept:  10A |
17

18         TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL
19 OF RECORD:
20         Counsel for Defendant SAFECO INSURANCE COMPANY OF AMERICA,
21 erroneously sued herein as "Safeco General Insurance Company of America"
22 ("Defendant"), hereby requests to appear at the Initial Status Conference, scheduled
23 for January 10, 2022 at 3:00 PM in Courtroom 10A, before the Honorable Stephen
24 V. Wilson, via Zoom.
25 ///
26 ///
27
28

| | |
|---|---|
| Dated: January 3, 2022 | ROPERS MAJESKI PC<br><br>By: _____<br>BLAKE J. RUSSUM<br>KRISTINA A. FRETWELL<br>Attorneys for Defendant SAFECO INSURANCE COMPANY OF AMERICA |